**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ALICIA HUDSON**                                                                  **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 3:25-CV-00893-DPJ-ASH**

**BROOKHAVEN POWERSPORTS,**                                    **DEFENDANTS**
**LLC, BRP US, INC. AND JOHN DOE**
**INDIVIDUALS AND JOHN DOE**
**CORPORATIONS 1-10**

### DEFENDANT BRP US, INC.'S MOTION TO DISMISS COUNTS II AND III

COMES NOW the defendant BRP US, Inc. ("BRP"), by and through counsel, and moves

to dismiss Count II—Negligence and Count III—Breach of Warranty from Plaintiff's Complaint

(Doc.1-1) ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6). BRP would show as follows:

1.      The underlying suit arises from Plaintiff's allegation that he sustained personal

injuries while operating a 2024 Can-Am Outlander 1000R ATV. *See* Compl. ¶¶ 8-11, 16.

2.      Plaintiff's Complaint contains three counts:  Count I—Strict Liability, Count II—

Negligence, and Count III—Breach of Warranty. *See generally* Compl.

3.      Plaintiff alleges BRP US, Inc. ("BRP") "designed, manufactured, assembled,

marketed, distributed, and/or sold" the Subject ATV. *Id.* ¶ 18.

4.      The Mississippi Product Liability Act (the "MPLA") applies "in any action for

damages caused by a product, including, but not limited to, any action based on a theory of strict

liability in tort, negligence or breach of implied warranty…." Miss. Code Ann. § 11-1-63.

5.      Where a plaintiff's cause of action is governed by the MPLA, the MPLA

subsumes all negligence and breach of warranty causes of action, and the MPLA is the plaintiff's

exclusive remedy. *See Patten v. Matco Tools Corp.*, No. 1:24CV83 LG-RPM, 2024 WL

3184640, at *1 (S.D. Miss. June 26, 2024); *see also Elliott v. El Paso Corp.*, 181 So. 3d 263, 268 & 269 n.24 (Miss. 2015); *Lawson v. Honeywell Int'l, Inc.*, 75 So.3d 1024, 1027 (Miss. 2011).

6.    Where common law claims are subsumed by the MPLA and are brought alongside a products liability claim based on the same theory of recovery, courts should dismiss the common law claims to the extent they are duplicative of the parallel products liability count. *See Patten*, 2024 WL 3184640, at *2.

7.    Because Plaintiff's claims for negligence and breach of warranty are subsumed by the MPLA, they should be dismissed.

WHEREFORE, PREMISES CONSIDERED, for the reasons stated herein and as set forth in BRP's memorandum in support of this Motion (filed concurrently), Plaintiff's claims for negligence and breach of warranty are subsumed by the MPLA, and Count II and Count III of the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

By:/s/ Carly Chinn
Kyle V. Miller (MB #102227)
Lemuel E. Montgomery III (MB#100686)
Carly Chinn (MB #106568)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone:    (601) 948-5711
Facsimile:    (601) 985-4500
Kyle.Miller@butlersnow.com
Lem.Montgomery@butlersnow.com
Carly.Chin@butlersnow.com

*Counsel for Defendant BRP US, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

TIFFANY HORTON-WILLIAMS (MSB# 105269)
**HORTON-WILLIAMS FIRM, LLC LOVE LAW, PLLC**
Post Office Box 720653
Byram, Mississippi 39272
Telephone: (769) 251-5785
Facsimile: (769) 251-5152

RODNEY M. LOVE (MSB# 103143)
**LOVE LAW, PLLC**
Post Office Box 10720
Jackson, Mississippi 39289
Telephone: (601) 376-9115
Facsimile: (228) 273-2055

*Attorneys for the Plaintiff*

SO CERTIFIED, this the 21st day of November, 2025.

                                        */s/ Carly H. Chinn*
                                        Carly H. Chinn

98453777.v1

3